UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

LYITH BRANDON GILL,

Defendant.

---------------------------------------------------------------------X

25-CR-399-1 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

The Court has received a letter from Defendant Lyith Brandon Gill. The letter, a copy of which has been sent to defense counsel, will be maintained under seal.

The parties are hereby ORDERED to appear for a conference to discuss the contents of the letter on **November 24, 2026,** at **10:15 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

Dated: November 17, 2026
New York, New York

JESSE M. FURMAN
United States District Judge